# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE RIVERA LOPEZ, | Case No. 2:25-cv-01993-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| JOHN MATTOS, *et al.*, | |
| Respondents. | |

Jose Rivera Lopez, an immigration detainee being held at Nevada Southern Detention Center (NSDC), in Pahrump, Nevada, initiated this action by filing a counseled Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1. Following a preliminary review of the Petition, the Court directs that the Petition be served on Respondents and sets a briefing schedule.

Therefore, **IT IS HEREBY ORDERED** that the Clerk of Court:

1. **DELIVER** a copy of the Petition (ECF No. 1) and this Order to the U.S. Marshal for service.

2. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1) and this Order to the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov.

3. **MAIL** a copy of the Petition (ECF No. 1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

1) John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 890602)

2) Jason Knight, Salt Lake City Field Office Acting Director, U.S. Immigration &

Customs Enforcement, Enforcement and Removal Operations, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-60963;

3) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530-0001;

4) Kristi Noem, Secretary of the Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528.

4. **RELATE** this matter to Case Nos. 2:25-cv-01542-RFB-EJY; 2:25-cv-01553-RFB-BNW.

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that, pursuant to General Order 2025-07, <u>In Re: Stay of Civil Proceedings Involving the United States During Lapse of Appropriations</u>, Petitioner's counsel is instructed to **SEND** by electronic mail a courtesy copy of the Petition to the Civil Division of the U.S. Attorney's Office for the District of Nevada at USANV.CivilDuty@usdoj.gov and on the Civil Chief for the U.S. Attorney's Office for the District Nevada at Summer.Johnson@usdoj.gov.

**IT IS FURTHER ORDERED** that counsel for Respondents **FILE** a notice of appearance within **5 days** of the date of this Order and **FILE AND SERVE** their response to the Petition within **14 days** of the date of this Order, unless additional time is allowed for good cause shown.

**IT IS FURTHER ORDERED** that Petitioner has **7 days** following the filing of the response to the Petition to file a reply, if desired.

**IT IS FURTHER ORDERED** that Petitioner's counsel review Local Rule IA 10-1 regarding the formatting requirements for all filings, and specifically LR IA 10-1(b) which requires electronically filed documents, except exhibits, to be filed in a searchable PDF format.

///

///

**IT IS FURTHER ORDERED** that Local Rule LR 7-2(b) governs the scheduling for responses and replies to all other motions filed by either party and Local Rule LR 7-4 governs any requests for emergency relief.

**DATED:** October 22, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**